# First District Court of Appeal
## State of Florida

_____

No. 1D2024-1705
_____

TALLAHASSEE MEMORIAL
HEALTHCARE, INC.,

Petitioner,

v.

JOHNDELL LOVINO DIRECTO,
RAYMUND RAVAL, and
PROFESSIONALS TO USA, INC.,

Respondents.

_____

Petition for Writ of Certiorari—Original Jurisdiction.


February 5, 2025


PER CURIAM.

DISMISSED. *See DJD Invs. of Fla. II, LLC v. W - Acq. Vacation Rentals N. Am., LLC*, 381 So. 3d 684, 686 (Fla. 1st DCA 2024) (noting requirement to dismiss petition for certiorari where order in question does not "create a material injury that will continue for the remainder of the trial court proceedings, for which relief through post-judgment appeal is unavailable").

ROWE, KELSEY, and LONG, JJ., concur.

————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

————————————————

Brian Chojnowski, and S. Austin Cattani of Pennington, P.A., Tallahassee, for Petitioner.

Magen E. Kellam of The Law Offices of Magen E. Kellam, P.A., Naples; and Vito M. Roppo of Colosseum Counsel, Naples, for Respondents.